■ In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property for a Project Known as NORTH EAST BROOKLYN HIGH SCHOOL. HENRY W. VON DAMM, Appellant.— The respective attorneys for the parties to this appeal from the second separate and partial final decree of the Supreme Court, Kings County, entered March 7, 1974, have settled the

proceeding and the appeal as between said parties at a conference in this court on February 7, 1975, by a written stipulation. In accordance with said stipulation, said decree is modified by increasing the award to the claimant upon Damage Parcels Nos. 31, 34 and 35 from $75,000 to $85,000. As so modified, decree affirmed, without costs. Gulotta, P. J., Hopkins, Martuscello, Latham and Benjamin, JJ., concur.